RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R MOORE, CLERK
DATE _7_/_22_/_11_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TUTTLE CRAIG | CIVIL ACTION NO. 10-1532 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| SIEMENS ENERGY, INC. | MAGISTRATE JUDGE  KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this case is ordered transferred to the docket of the United States District Court for the Southern District of Texas, Houston Division, for further proceedings.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of July, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**